# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael Gwynn Jr.         BK NO. 26-00292 HWV

          Debtor(s)

                        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ Matthew Fissel
                        Matthew Fissel
                        04 Feb 2026, 12:47:51, EST

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322