# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael Gwynn Jr.  
           Debtor(s)

BK NO. 26-00292 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
04 Feb 2026, 12:47:51, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322