**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:                                          Case No. 1:26-bk-00292-HWV
                                                Chapter 13

Michael Gwynn Jr.

Debtor(s).

**NOTICE OF APPEARANCE**

**Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 75736
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 6th day of February, 2026, to the following:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Michael Gwynn Jr.
1645 Rosebrook Drive
York, PA 17402

***Debtor(s)***


By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire