United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 26-00292-HWV

Michael Gwynn, Jr.                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                    Page 1 of 2

Date Rcvd: Mar 03, 2026                       Form ID: pdf010                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID**     **Recipient Name and Address**
   +  A&S Services Group, Attn: Payroll Department, 310 North Zarfoss Drive, York, PA 17404-5832

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Gwynn  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com,rreynolds@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Gwynn, Jr.
      **Debtor 1**

**Chapter** 13

**Case No.** 1:26-BK-00292-HWV

**Matter:** Motion for Wage Attachment Order

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Michael Gwynn, Jr., receives income from:

A&S Services Group
Attn: Payroll Department
310 North Zarfoss Drive
York, PA 17404

Should deduct from said Debtor 1's income the sum of **$346.16** from each **weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
PO Box 6008
Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Standing Chapter 13 Trustee if Debtor 1's income is terminated and the reason, therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order of Court shall terminate without further order upon certification that Debtor(s)' obligation has been fulfilled, if the case has been dismissed, or if Debtor 1 has been terminated from employment either voluntarily or involuntarily, or if the obligation is terminated by Order of Court.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 3, 2026