| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL GWYNN, JR., | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO. 1:26-BK-00292-HWV |
| | : | |
| MICHAEL GWYNN, JR., | : | |
| Respondent | : | |

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the Plan.

2. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

 a. The Plan is underfunded relative to claims to be paid – 100%.

3. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

 a. Debtor(s) has not provided to Trustee copies of the 2025 federal income tax returns as required by § 521(e)(2)(A).
 b. Debtor(s) has not provided to Trustee a 2-month Profit and Loss Statement for new employer VS Trucking.

[The remainder of the page has been left intentionally blank.]

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

Case 1:26-bk-00292-HWV   Doc 20   Filed 03/12/26   Entered 03/12/26 12:47:50   Desc
Main Document      Page 2 of 3

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 12th day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-



/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee