In re:

Michael Gwynn, Jr.

  Debtor

Case No. 26-00292-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Mar 12, 2026     Form ID: ntcnfhrg     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402-8541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5777725 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 19:01:22 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5780968 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 19:01:22 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5777726 | + | Email/Text: bankruptcydesk@colonialsavings.com | Mar 12 2026 18:59:00 | Colonial Savings & Loans, PO Box 2988, Fort Worth, TX 76113-2988 |
| 5777727 | + | Email/Text: documents@socascades.com | Mar 12 2026 18:58:00 | Driveway Finance Corp., 150 North Bartlett Street, Medford, OR 97501-6015 |
| 5780474 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2026 18:59:00 | Driveway Finance Corporation, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 5777728 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2026 18:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5777729 | ^ | MEBN | Mar 12 2026 18:53:34 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5777732 | | Email/Text: ml-ebn@missionlane.com | Mar 12 2026 18:58:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5777730 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 12 2026 18:59:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5777731 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2026 19:01:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5777733 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 12 2026 18:59:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5777734 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2026 18:59:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5778880 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 19:01:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5778702 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2026 19:01:28 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

| 5777735 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2026 19:01:28 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
|---|---|---|---|
| 5785082 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 12 2026 19:01:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5777736 | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Mar 12 2026 19:01:22 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |
| 5780224 | ^ MEBN | Mar 12 2026 18:53:37 | Wilmington Savings Fund Society, FSB, as Trustee o, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Gwynn Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com,rreynolds@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Wampus Mortgage Loan Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Gwynn Jr.,

    **Debtor 1**

Chapter      13

Case No.     1:26−bk−00292−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 8, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 15, 2026<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 12, 2026 |

ntcnfhrg (08/21)