**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL GWYNN, JR. | CASE NO. 1:26-BK-00292-HWV |
| | ☐ ORIGINAL PLAN<br>2nd AMENDED PLAN |
| | 0 number of Motions to Avoid Liens<br>0 number of Motions to Value Collateral |

NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **January 30th, 2026**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo United States Courthouse<br>1501 North Sixth Street, Courtroom 4B<br>Harrisburg, PA 17102 | Date: September 23, 2026<br><br>Time: 09:30 AM |

Any objection/response to the above-referenced matter must be filed and served on or before **September 16th, 2026**

*Evidentiary hearings will not be conducted at the time of the Confirmation Hearing. If it is determined at the Confirmation Hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.*

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Request to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: July 29, 2026

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

Page 1 of 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL GWYNN, JR.

CHAPTER 13

CASE NO. 1:26-BK-00292-HWV

☐      ORIGINAL PLAN

2nd    AMENDED PLAN

0  number of Motions to Avoid Liens
0  number of Motions to Value Collateral

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, July 29, 2026, I served a true and correct copy of the **Second Amended Chapter 13 Plan and Notice of Opportunity to Object and Hearing** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.  Additionally, pursuant to Rule 7004 of the US Bankruptcy Code, I have served a true and correct copy of the documents as listed above via USPS First Class Certified Mail upon the following:

Lienholder
Attn: CEO/President

*Attorney for Lienholder*

/s/ RJ Reynolds

RJ Reynolds
Paralegal for Paul D. Murphy-Ahles, Esquire

Case 1:26-bk-00292-HWV   Doc 40   Filed 07/29/26   Entered 07/29/26 17:22:49   Desc
Main Document   Page 2 of 3

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Colonial Savings & Loans
PO Box 2988
Fort Worth, TX 76113

DEPARTMENT OF TREASURY-IRS
P.O. BOX 7346
Philadelphia, PA 19101

Driveway Finance Corp.
150 North Bartlett Street
Medford, OR 97501

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

KML Law Group
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Mission Lane
PO Box 105286
Atlanta, GA 30348

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

US Department of HUD
451 7th Street SW
Washington, DC 20410

Wells Fargo Dealer Services
PO Box 10709
Raleigh, NC 27605-0709