UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL GWYNN, JR.,<br>Debtor | :<br>: | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>: | CASE NO. 1:26-bk-00292-HWV |
| | : | |
| MICHAEL GWYNN, JR.,<br>Respondent | : | |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 19th day of August 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Trustee avers that Debtor's Plan is not feasible based upon the following:

   a. The Plan is underfunded relative to claims to be paid. The Trustee calculates that the Plan must pay at least $153,979.44, the sum of the liquidation value and payments on secured claims.

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

   a. Debtor has not provided to Trustee a 2-month Profit and Loss Statement for new employer VS Trucking.

[*The remainder of this page left intentionally blank.*]

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's Plan;
b. Dismiss or convert Debtor's case; and
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esq.
Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of August 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
Dethlefs, Pykosh, & Murphy
2132 Market Street
Camp Hill, Pa 17011

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee