IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>MICHAEL GWYNN, JR.,<br>Debtor | :<br>:<br>: | Chapter 13 Bankruptcy<br><br>Case No. 1:26-BK-00292-HWV |
| | : | |
| PENNSYLVANIA DEPARTMENT<br>OF REVENUE<br>Movant | :<br>:<br>: | |
| | : | |
| MICHAEL GWYNN, JR.,<br>Respondent | :<br>: | |

**WITHDRAWAL OF THE OBJECTION
OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT
OF REVENUE TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this 22nd day of September 2026, comes the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue by its counsel, Deputy Attorney General, Chelsea E. Summers, Office of Attorney General, and respectfully requests that the Objection to Debtor's Chapter 13 Plan filed April 8, 2026 at Docket No. 27 be withdrawn.

DATE: September 22, 2026

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

By: /s/ *Chelsea E. Summers*
Deputy Attorney General
Attorney ID 338538
Counsel for Commonwealth of Pennsylvania,
Department of Revenue

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Cell: (267) 761-1382
E-mail: csummers@attorneygeneral.gov